# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: IVICIC, ROSE § | Case No. 09-04578-JS |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/21/2011 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/08/2011        By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                                   Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: IVICIC, ROSE | § | Case No. 09-04578-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $    1,335,118.85 |
| *and approved disbursements of* | $       150,912.00 |
| *leaving a balance on hand of* [1] | $    1,184,206.85 |
| **Balance on hand:** | $    1,184,206.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NA | GARRETSON FIRM RESOLUTION GROUP | 12,139.06 | 12,139.06 | 0.00 | 12,139.06 |

| | |
|---|---|
| Total to be paid to secured creditors: | $    12,139.06 |
| Remaining balance: | $  1,172,067.79 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 36,673.42 | 0.00 | 36,673.42 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 5,054.50 | 0.00 | 5,054.50 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 139.69 | 0.00 | 139.69 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Other Fees: TorHoerman Law LLC | 568,006.80 | 0.00 | 568,006.80 |
| Other Expenses: BURG SIMPSON | 1,125.52 | 0.00 | 1,125.52 |
| Other Expenses: GARRETSON FIRM RESOLUTION GROUP | 1,000.00 | 0.00 | 1,000.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Expenses: TorHoerman Law LLC | 14,414.30 | 0.00 | 14,414.30 |

Total to be paid for chapter 7 administration expenses: $ 626,674.23
Remaining balance: $ 545,393.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 545,393.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 545,393.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,137.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Northwestern Medical Faculty Foundation | 8,597.68 | 0.00 | 8,597.68 |
| 2 | AmeriCredit Financial Services,Inc. | 19,539.54 | 0.00 | 19,539.54 |

Total to be paid for timely general unsecured claims: $ 28,137.22
Remaining balance: $ 517,256.34

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 517,256.34

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 517,256.34

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.6% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $605.80.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 516,640.51.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-04578-JHS
Rose Ivicic                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton           Page 1 of 2          Date Rcvd: Sep 09, 2011
                              Form ID: pdf006           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2011.
```
db          +Rose Ivicic,    730 57th St.,     Apt. 1,    Clarendon Hills, IL 60514-1741
aty         +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Grochocinski Grochocinski & Lloyd Ltd,     1900 Ravinia Place,   Orland Park, IL 60462-3760
aty         +Jason R Allen,    Legal Helpers,    233 S. Wacker Dr.,    Suite 5150,    Chicago, IL 60606-6371
aty         +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
13523747   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services,Inc.,    PO Box 183853,
              Arlington,TX 76096)
13523748   ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
             (address filed with court:  Bmw Financial Services,    5515 Parkcenter Cir,    Dublin, OH 43017)
13523749    +Bur Col Reco,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
13523750    +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
13523751    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13523753    +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13523754    +Credit Protect Assoc,    1355 Noel Rd Suite 2100,    Dallas, TX 75240-6837
13523759    +Hsbc Auto,    6602 Convoy Ct,    San Diego, CA 92111-1009
13523761    +Ill Coll Svc,    4647 W 103rd St,    Oak Lawn, IL 60453-4779
13523745    +Jason R. Allen #,    Legal Helpers, PC,    Sears Tower,    233 S. Wacker Suite 5150,
              Chicago, IL 60606-6371
13523762     Linebarger Goggan Blair & Sampson,    P.O. Box 06152,    Chicago, IL 60606-0152
13523763    +MCHS Hinsdale,    600 W. Ogden AVe,    Hinsdale, IL 60521-3196
13523765    +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19850-7054
13523769    +Professnl Acct Mgmt In,    2040 W Wisconsin Ave Apt,    Milwaukee, WI 53233-2098
13523770    +Rbs Nb Cc,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
13523771     Social Secur,    T Ferraro Oas 11th 155-10 Jamaica Ave,    Jamaica, NY 11432
13523772    +Stephanie Ivicic,    521 Willow Creek Court,    Clarendon Hills, IL 60514-1692
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13523746    +E-mail/Text: bankruptcynotices@aisservicesllc.com Sep 09 2011 23:48:45     AIS Services, LLC,
              50 California St,    Suite 1500,    San Francisco, CA 94111-4619
13523755    +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Sep 09 2011 23:35:58     Creditors Protection S,
              202 W State St Ste 300,    Rockford, IL 61101-1163
13523757    +E-mail/Text: dsolideo@glc-law.com Sep 09 2011 23:48:39     Grabowski Law Center LLC,
              1400 E, Lake Cook Road,    Suite 110,    Buffalo Grove, IL 60089-1865
13523758    +E-mail/Text: bkynotice@harvardcollect.com Sep 09 2011 23:36:32     Harvard Collection,
              4839 N Elston Ave,    Chicago, IL 60630-2589
13523764    +E-mail/Text: brenden.magnino@mcmcg.com Sep 09 2011 23:33:56     Midland Cred,
              8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
13523766    +E-mail/Text: bankrup@nicor.com Sep 09 2011 23:32:53     Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
15263275    +E-mail/Text: dsolideo@glc-law.com Sep 09 2011 23:48:39
              Northwestern Medical Faculty Foundation,    c/o Grabowski Law Center, LLC,
              1400 East Lake Cook Road,    Suite 110,    Buffalo Grove, Illinois 60089-1865
13523768    +E-mail/Text: bkr@cardworks.com Sep 09 2011 23:36:35     Presidio/cm,    101 Crossway Park West,
              Woodberry, NY 11797-2020
13523774    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 10 2011 01:16:17      Verizon Wireless,
              1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
                                                                                                TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13523744*   +Rose Ivicic,    730 57th St.,    Apt. 1,    Clarendon Hills, IL 60514-1741
13523752   ##+Citifinancial,    Po Box 499,    Hanover, MD 21076-0499
13523756   ##+Cross Country Bank,    800 Delaware Ave,    Wilmington, DE 19801-1363
13523760   ##+Hsbc Nv,    Po Box 19360,    Portland, OR 97280-0360
13523767   ##+Portfolio Rc,    287 Independence,    Virginia Beach, VA 23462-2962
13523773   ##+Union Acceptance,    250 N Shadeland Ave,    Indianapolis, IN 46219-4959
                                                                                  TOTALS: 0, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Sep 09, 2011
                              Form ID: pdf006              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2011**                          **Signature:** _Joseph Speetjens_