# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: IVICIC, ROSE | § | Case No.  09-04578-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $6,350.00 |
| Total Distribution to Claimants: $40,923.79 | Claims Discharged <br> Without Payment: $0.00 |
| Total Expenses of Administration:  $627,586.23 | |

3)  Total gross receipts of $  1,335,134.36  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   666,624.34  (see **Exhibit 2** ), yielded net receipts of $668,510.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $12,139.06 | $12,139.06 | $12,139.06 |
| PRIORITY CLAIMS: | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 627,586.23 | 627,586.23 | 627,586.23 |
|     PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 28,784.73 | 28,784.73 | 28,784.73 |
| **TOTAL DISBURSEMENTS** | $0.00 | $668,510.02 | $668,510.02 | $668,510.02 |

    4)  This case was originally filed under Chapter 7 on February 13, 2009. The case was pending for 36 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2012          By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI CLAIM | 1142-000 | 1,334,815.98 |
| Interest Income | 1270-000 | 318.38 |
| **TOTAL GROSS RECEIPTS** | | $1,335,134.36 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROSE IVICIC | SURPLUS TO DEBTOR | 8200-002 | 0.00 |
| ROSE IVICIC | SURPLUS TO DEBTOR | 8200-002 | 150,000.00 |
| IVICIC, ROSE | Dividend paid  77.49% on $666,624.34; Claim# SURPLUS; Filed: $666,624.34; Reference: | 8200-000 | 516,624.34 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $666,624.34 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | GARRETSON FIRM RESOLUTION GROUP | 4210-000 | N/A | 12,139.06 | 12,139.06 | 12,139.06 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $12,139.06 | $12,139.06 | $12,139.06 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 5,054.50 | 5,054.50 | 5,054.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 139.69 | 139.69 | 139.69 |
| TorHoerman Law LLC | 3210-600 | N/A | 568,006.80 | 568,006.80 | 568,006.80 |
| TorHoerman Law LLC | 3220-610 | N/A | 14,414.30 | 14,414.30 | 14,414.30 |
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 36,673.42 | 36,673.42 | 36,673.42 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| BURG SIMPSON | 3220-610 | N/A | 1,125.52 | 1,125.52 | 1,125.52 |
| GARRETSON FIRM RESOLUTION GROUP | 3992-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 879.24 | 879.24 | 879.24 |
| UPS | 2990-000 | N/A | 32.76 | 32.76 | 32.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 2,271.04 | 2,271.04 | 2,271.04 |
| The Bank of New York Mellon | 2600-000 | N/A | -2,271.04 | -2,271.04 | -2,271.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 627,586.23 | 627,586.23 | 627,586.23 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Northwestern Medical Faculty Foundation | 7100-000 | N/A | 8,597.68 | 8,597.68 | 8,597.68 |
| 1I | Northwestern Medical Faculty Foundation | 7990-000 | N/A | 138.22 | 138.22 | 138.22 |
| 2 | AmeriCredit Financial Services, Inc. | 7100-000 | N/A | 19,539.54 | 19,539.54 | 19,539.54 |
| 2I | AmeriCredit Financial Services, Inc. | 7990-000 | N/A | 314.13 | 314.13 | 314.13 |
| NAI | GARRETSON FIRM RESOLUTION GROUP | 7990-000 | N/A | 195.16 | 195.16 | 195.16 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 28,784.73 | 28,784.73 | 28,784.73 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-04578-JS | **Trustee:**     (520067)    DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:**   IVICIC, ROSE | **Filed (f) or Converted (c):** 02/13/09 (f) |
| | **§341(a) Meeting Date:**   03/31/10 |
| **Period Ending:** 02/07/12 | **Claims Bar Date:**   07/27/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 2 | CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 3 | JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 2008 TAX REFUND | 2,700.00 | 0.00 | | 0.00 | FA |
| 5 | 2004 NISSAM MURANO | 7,712.50 | 0.00 | | 0.00 | FA |
| 6 | 1999 AUDI A4 QUATTRO | 2,050.00 | 0.00 | | 0.00 | FA |
| 7 | PI CLAIM | Unknown | Unknown | | 1,334,815.98 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 318.38 | FA |
| 8 | **Assets**      **Totals** (Excluding unknown values) | **$14,062.50** | **$0.00** | | **$1,335,134.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

PI CASE DISCOVERED AND SCHEDULES AMENDED AND CASE REOPENED; SETTLEMENT APPROVED IN CASE; TRUSTEE EXPECTS SETTLEMENT TO
PAY ALL CLAIMS IN FULL; PAYMENT OF SURPLUS TO DEBTOR; FINAL DISTRIBUTION ON 10/21/11; AWAITING CLEARANCE OF SAME TO FILE TDR

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**    June 30, 2011 | **Current Projected Date Of Final Report (TFR):**    September 8, 2011 (Actual) | |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-04578-JS | **Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Case Name:** IVICIC, ROSE | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-*****17-65 - Money Market Account |
| **Taxpayer ID #:** **-***5634 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 02/07/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/11 | {7} | BAYER | SETTLEMENT AGREEMENT PER ORDER OF 12/3/10 | 1142-000 | 1,334,815.98 | | 1,334,815.98 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-04578, Bond#016026455 | 2300-000 | | 879.24 | 1,333,936.74 |
| 02/17/11 | 1002 | ROSE IVICIC | SURPLUS TO DEBTOR<br>Voided on 02/28/11 | 8200-002 | | 150,000.00 | 1,183,936.74 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 63.97 | | 1,184,000.71 |
| 02/28/11 | 1002 | ROSE IVICIC | SURPLUS TO DEBTOR<br>Voided: check issued on 02/17/11 | 8200-002 | | -150,000.00 | 1,334,000.71 |
| 03/01/11 | 1003 | ROSE IVICIC | SURPLUS TO DEBTOR | 8200-002 | | 150,000.00 | 1,184,000.71 |
| 03/09/11 | 1004 | UPS | INV 0000FA7336091/OVERNIGHT DELIVERY FEES | 2990-000 | | 32.76 | 1,183,967.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 70.65 | | 1,184,038.60 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 68.11 | | 1,184,106.71 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 70.37 | | 1,184,177.08 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 9.70 | | 1,184,186.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 10.04 | | 1,184,196.82 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,271.04 | 1,181,925.78 |
| 08/11/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2,271.04 | 1,184,196.82 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 10.03 | | 1,184,206.85 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 9.70 | | 1,184,216.55 |
| 10/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 5.81 | | 1,184,222.36 |
| 10/19/11 | | To Account #9200******1766 | transfer funds to prepare for final distribution | 9999-000 | | 1,184,222.36 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,335,134.36 | 1,335,134.36 | $0.00 |
| Less: Bank Transfers | | 0.00 | 1,184,222.36 | |
| **Subtotal** | | 1,335,134.36 | 150,912.00 | |
| Less: Payments to Debtors | | | 150,000.00 | |
| **NET Receipts / Disbursements** | | $1,335,134.36 | $912.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-04578-JS |
| **Case Name:** | IVICIC, ROSE |
| | |
| **Taxpayer ID #:** | **-***5634 |
| **Period Ending:** | 02/07/12 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******17-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/11 | | From Account #9200******1765 | transfer funds to prepare for final distribution | 9999-000 | 1,184,222.36 | | 1,184,222.36 |
| 10/21/11 | 101 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $5,054.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,054.50 | 1,179,167.86 |
| 10/21/11 | 102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $139.69, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 139.69 | 1,179,028.17 |
| 10/21/11 | 103 | TorHoerman Law LLC | Dividend paid 100.00% on $568,006.80, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 568,006.80 | 611,021.37 |
| 10/21/11 | 104 | TorHoerman Law LLC | Dividend paid 100.00% on $14,414.30, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 14,414.30 | 596,607.07 |
| 10/21/11 | 105 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $36,673.42, Trustee Compensation; Reference: | 2100-000 | | 36,673.42 | 559,933.65 |
| 10/21/11 | 106 | CLERK, U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 559,673.65 |
| 10/21/11 | 107 | BURG SIMPSON | Dividend paid 100.00% on $1,125.52, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 1,125.52 | 558,548.13 |
| 10/21/11 | 108 | GARRETSON FIRM RESOLUTION GROUP | Dividend paid 100.00% on $1,000.00, Other Professional Expenses; Reference: | 3992-000 | | 1,000.00 | 557,548.13 |
| 10/21/11 | 109 | GARRETSON FIRM RESOLUTION GROUP | Dividend paid 100.00% on $12,139.06; Claim# NA; Filed: $12,139.06; Reference: | 4210-000 | | 12,139.06 | 545,409.07 |
| 10/21/11 | 110 | Northwestern Medical Faculty Foundation | Dividend paid 100.00% on $8,597.68; Claim# 1; Filed: $8,597.68; Reference: | 7100-000 | | 8,597.68 | 536,811.39 |
| 10/21/11 | 111 | AmeriCredit Financial Services,Inc. | Dividend paid 100.00% on $19,539.54; Claim# 2; Filed: $19,539.54; Reference: | 7100-000 | | 19,539.54 | 517,271.85 |
| 10/21/11 | 112 | Northwestern Medical Faculty Foundation | Dividend paid 100.00% on $138.22; Claim# 1I; Filed: $138.22; Reference: | 7990-000 | | 138.22 | 517,133.63 |
| 10/21/11 | 113 | AmeriCredit Financial Services,Inc. | Dividend paid 100.00% on $314.13; Claim# 2I; Filed: $314.13; Reference: | 7990-000 | | 314.13 | 516,819.50 |
| 10/21/11 | 114 | GARRETSON FIRM RESOLUTION GROUP | Dividend paid 100.00% on $195.16; Claim# NAI; Filed: $195.16; Reference: | 7990-000 | | 195.16 | 516,624.34 |
| 10/21/11 | 115 | IVICIC, ROSE | Dividend paid 77.49% on $666,624.34; Claim# SURPLUS; Filed: $666,624.34; Reference: | 8200-000 | | 516,624.34 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,184,222.36 | 1,184,222.36 | **$0.00** |
| Less: Bank Transfers | 1,184,222.36 | 0.00 | |
| **Subtotal** | 0.00 | 1,184,222.36 | |
| Less: Payments to Debtors | | 516,624.34 | |
| **NET Receipts / Disbursements** | **$0.00** | **$667,598.02** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: | 09-04578-JS | | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) | | |
| Case Name: | IVICIC, ROSE | | | Bank Name: | The Bank of New York Mellon | | |
| | | | | Account: | 9200-******17-66 - Checking Account | | |
| Taxpayer ID #: | **-***5634 | | | Blanket Bond: | $5,000,000.00  (per case limit) | | |
| Period Ending: | 02/07/12 | | | Separate Bond: | N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # 9200-******17-65 | 1,335,134.36 | 912.00 | 0.00 |
| Checking # 9200-******17-66 | 0.00 | 667,598.02 | 0.00 |
| | $1,335,134.36 | $668,510.02 | $0.00 |

{} Asset reference(s)

Printed: 02/07/2012 01:58 PM    V.12.57